PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
SEP 8 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

for the

**DISTRICT OF MINNESOTA**

**United States v. Donald Vincent Vogel**

**Docket No. 0:00CR00363-002(DSD)**

**Petition on Supervised Release**

COMES NOW Douglas S. Stevens, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Donald Vincent Vogel who was sentenced for Possession with the Intent to Distribute Methamphetamine, on May 23, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug treatment, drug testing, and mental health treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Donald Vincent Vogel is scheduled to be released from the custody of the Bureau of Prisons on January 30, 2009. In an effort to assist Donald Vincent Vogel in gaining and maintaining employment upon his release, it is requested the Court modify his conditions of supervision to include the District of Minnesota's employment condition. On August 22, 2008, Donald Vincent Vogel reviewed the proposed modification and executed a Prob 49, Hearing Waiver, offering no objection.

SCANNED
SEP 0 8 2008
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following: If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

ORDER OF THE COURT

Considered and ordered this 8th day of Sept, 2008, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
Senior U.S. Probation Officer

| | |
|---|---|
| Telephone: | 612-664-5426 |
| Executed on | September 5, 2008 |
| Place | Minneapolis |

☐ Order not executed. Please contact me to discuss this matter further.

Approved:

John G. Baskfield
Supervising U.S. Probation Officer
Telephone: 612-664-5365